COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Baron Real Property Holdings LLC and TSquare Apts LLC v.
AMLI/MPMT Towne Square Partnership, AMLI Residential
Properties

Appellate case number:    01-22-00413-CV

Trial court case number:   2017-24217

Trial court:             295th District Court of Harris County

This is an appeal from the trial court's March 2, 2022 judgment. The clerk's record was filed on July 13, 2022. After multiple extension requests, the court reporter filed the reporter's record on December 14, 2022. Appellants have now filed a motion seeking clarification of their briefing deadline and notifying the Court that the reporter's record is still incomplete because it lacks the trial exhibits.

Upon reviewing the reporter's record, we agree it is incomplete. As a result, the time for filing the appellants' brief has not yet started to run. *See* TEX. R. APP. P. 38.6(a). We therefore order the court reporter to file the missing trial exhibits with this Court, to make the reporter's record complete, within 30 days of the date of this order or to seek an extension of time immediately. *See* TEX. R. APP. P. 13.1, 34.6(a)(1), 35.3(c).

It is so ORDERED.

Judge's signature: _____/s/ Terry Adams_____
                ☒ Acting individually    ☐ Acting for the Court
Date: _____February 16, 2023_____